# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

In Re:                                            Case No. 17-30172

Christina L. Lucas
*aka Christina L. McGee*                          Chapter 13

Debtor.                                           Chief Judge Tracey N. Wise

---

### AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY LOCATED AT 215 MOHAWK AVE, LOUISVILLE, KY 40209

This matter having come before the Court upon the Motion for Relief from Stay filed herein by the secured creditor, US Bank Trust National Association as Trustee of the Tiki Series III Trust ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of November 2019 through December 2019 in the amount of a $654.54 each, plus $850.00 in fees and $181.00 in costs and a suspense balance of $18.14. This brings the post-petition arrearage amount to $2,321.94.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $386.99 on or before January 15, 2020
    b. $386.99 on or before February 15, 2020
    c. $386.99 on or before March 15, 2020
    d. $386.99 on or before April 15, 2020
    e. $386.99 on or before May 15, 2020
    f. $386.99 on or before June 15, 2020

4. These lump sum payments are in addition to the regular monthly payment of $654.54 which begin again on January 1, 2020.

5. In the event that said Debtor should fail to make any of the payments herein described in paragraph 3 on or before their specified due dates, or should they fail to pay any future monthly payment so that said payment is not received by Movant by the date upon which it is contractually due, then, or in either of those events, Movant shall give ten (10) days notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with the Court an affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant is hereby granted relief from stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Allan E. Dunaway
Allan E. Dunaway
714 Lyndon Lane #4
Louisville, KY 40222
Phone: 502.412.2254
Fax: 502.412.2258
allan@dunawaylawoffice.com
Debtors Attorney

/s/
Hon. Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com
Phone: 859.233.1527
Chapter 13 Trustee

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Allan E. Dunaway, Debtor's Counsel at allan@dunawaylawoffice.com

Beverly M. Burden, Trustee at Notices@CH13EDKY.com

Office of the U.S. Trustee at ustpregion08.lx.ecf@usdoj.gov

Christina L. Lucas, 432 3rd Street, Simpsonville, KY 40067

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| In Re: | Case No. 17-30172 |
| Christina L. Lucas<br>*aka Christina L. McGee* | Chapter 13 |
| Debtor. | Judge Tracey N. Wise |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on December 11, 2019.

**By Notice of Electronic Filing to:**

    Allan E. Dunaway, Debtor's Counsel at allan@dunawaylawoffice.com

    Beverly M. Burden, Trustee at Notices@CH13EDKY.com

    Office of the U.S. Trustee at ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Christina L. Lucas
    432 3rd Street
    Simpsonville, KY 40067

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (97962)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, December 13, 2019**
(grs)